IN THE SUPREME COURT OF TENNESSEE

AT KNOXVILLE

**FILED**

**December 21, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

JORGE ARIEL SANJINES          )    Appeal
                                 )    No. 03-S-01-9712-CV-00139
     Plaintiff-Appellee       )
                                 )
v.                              )    Hamilton County
                                 )    No. 96-CV-0347
ORTWEIN AND ASSOCIATES, P.C.,   )
WILLIAM H. ORTWEIN, and       )
J. CRIS HELTON             )    Judgment of the Court of
                               )    Appeals is REVERSED
     Defendants-Appellants    )

---

JUDGMENT ORDER

This cause came to be heard upon the briefs, argument of counsel, and the record on appeal from the Court of Appeals.

The Court is of the opinion that under the facts of this case, the trial court did not abuse its discretion in refusing to grant the appellee a stay of the legal malpractice case during the pendency of the post-conviction matter alleging ineffective assistance of counsel. In accordance with the opinion filed herewith, it is therefore, ORDERED AND ADJUDGED by this Court that the judgment of the Court of Appeals is reversed.

Costs of the appeal are taxed against the appellee, for which execution may issue if necessary.

12/21/98